FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 03 2023

Kevin P. Weimer, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Information |
| v. | |
| MATTHEW R. BOYKIN | No. 1:23-CR-152 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

On or about July 29, 2022, in the Northern District of Georgia, the defendant, Matthew R. Boykin, did camp within the boundaries of the Martin Luther King, Jr. National Historic Site, a National Park, in an area not designated for camping, in violation of Title 36, Code of Federal Regulations, Section 2.10(b)(10).

**Count Two**

On or about July 29, 2022, in the Northern District of Georgia, the defendant, Matthew R. Boykin, did violate the lawful order of D.D., a Law Enforcement Park Ranger and a government employee and agent authorized to maintain order and control public access and movement during law enforcement actions, within the boundaries of the Martin Luther King, Jr. National Historic Site, a National Park, in violation of Title 36, Code of Federal Regulations, Section 2.32(a)(2).

RYAN K. BUCHANAN
 *United States Attorney*

*/s/ Alana R. Black*

ALANA R. BLACK
 *Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181